# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700296

_____

## UNITED STATES OF AMERICA
Appellee

v.

## WILLIAM J. EDWARDS
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, 2d Marine Regiment, 2d Marine Division, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel K.A. Parrella, USMC.
For Appellant: Commander Robert D. Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 28 December 2017

_____

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court